# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONELL FREEMAN,<br><br>Plaintiff,<br><br>v.<br><br>PATROLMAN MEDOW,<br><br>Defendant. | Civil Action No. 17-1931-BRM-TJB<br><br>**MEMORANDUM OPINION** |

Before this Court are a complaint asserting claims pursuant to 42 U.S.C. § 1983 and an application to proceed *in forma pauperis* (ECF No. 1) filed by Plaintiff Donell Freeman ("Plaintiff"), a prisoner confined in the Monmouth County Jail. For the reasons set forth below, Plaintiff's application to proceed *in forma pauperis* is **DENIED WITHOUT PREJUDICE**.

The Prison Litigation Reform Act of 1995 (the "Act"), which amends 28 U.S.C. § 1915, establishes certain financial requirements for prisoners who are attempting to bring a civil action *in forma pauperis*. Under the Act, a prisoner bringing a civil action *in forma pauperis* must submit an affidavit, including a statement of all assets, which states that the prisoner is unable to pay the fee. 28 U.S.C. § 1915(a)(1). The prisoner also must submit a certified copy of his inmate trust fund account statement for the six-month period immediately preceding the filing of his complaint. 28 U.S.C. § 1915(a)(2). The prisoner must obtain this statement from the appropriate official of each prison at which he was or is confined. *Id.*

The entire fee to be paid in advance of filing a civil complaint is $400. That fee includes a filing fee of $350 plus an administrative fee of $50. If *in forma pauperis* status is denied, a prisoner is required to pay the entire $400, including both the $350 filing fee and $50 administrative fee, before his complaint will be filed. 28 U.S.C. § 1915(b)(2).

1

In this action, Plaintiff failed to submit a complete *in forma pauperis* application as required by 28 U.S.C. § 1915(a)(1) and (2). Although Plaintiff has provided an affidavit of indigence accompanied by an inmate account statement, the account statement has not been properly certified by the appropriate official at the facility in which Petitioner is confined as required by § 1915(a)(2). Accordingly, Petitioner failed to provide a complete *in forma pauperis* application, and his application is **DENIED WITHOUT PREJUDICE**.

*/s/Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**